**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TATIANA ZAMATAIKINA,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | Case No. 5:26-cv-02479-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Denying Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied with prejudice.

Dated: September 2, 2026

SHERI PYM
United States Magistrate Judge